**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No.: 8:06-cr-177-T-30TBM

**DARRIEN MCKENNY CAPER**

---

### REVOCATION OF PROBATION/SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On September 1, 2006, came the United States Attorney and the Defendant DARRIEN MCKENNY CAPER, who appeared in person and with counsel.

It appearing to the Court that the above named Defendant having heretofore been convicted on December 11, 1998 in the above styled case of the offense or offenses charged in the indictment filed herein, was placed on supervised release.

It further appearing to the Court that the above named Defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the Order of Probation/Supervised Release previously entered herein.

It is, therefore, **ORDERED** and **ADJUDGED** that the Order of Probation/Supervised Release entered herein as to the above named Defendant is hereby **REVOKED**.

The Court has considered the factors set forth in 18 U.S.C. §3553(a), including considering the guidelines as advisory, and has also considered recommendations from the Probation Office.  It is further **ORDERED** and **ADJUDGED** that the Defendant **is hereby sentenced to a term of THREE (3) MONTHS imprisonment with TWO (2) YEARS of supervised release to follow.**  This term of imprisonment shall run

consecutively to any sentence that may be imposed from the defendant's pending state charges. It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the Defendant.

**DONE** and **ORDERED** at Tampa, Florida, this ___6___ day of September, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office